JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RUIZ, ET AL., )<br>)<br>Plaintiff(s), )<br>)<br>V. )<br>)<br>)<br>CITY OF LOS SANTA ANA, ET AL. )<br>)<br>Defendant(s). )<br>)<br>_____ ) | CASE NO. SACV 11-1859-DOC(ANx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:   January 15, 2013

_____
DAVID O. CARTER
United States District Judge